WALLACE v. METROPOLITAN ST. RY. CO.

(Supreme Court, Appellate Term. June 22, 1903.)

1. APPEAL—REFUSAL TO RESETTLE CASE—REVIEW.

The Supreme Court will not reverse an order of a trial judge denying a motion to resettle the case on appeal by inserting exceptions not appearing in the stenographer's minutes, where the proof of error rests on conflicting affidavits and the negative evidence of the stenographer's notes.

Appeal from City Court of New York, Special Term.

Action by William A. Wallace against the Metropolitan Street Railway Company. From an order denying defendant's motion for an order resettling the case on appeal, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and MacLEAN, JJ.

Henry A. Robinson, for appellant.

Perkins & Butler, for respondent.

MacLEAN, J. The learned justice before whom this cause was tried has denied a motion to resettle the case on appeal by inserting exceptions not appearing in the minutes of the stenographer. While it might be expected that counsel of experience would take the exceptions claimed to have been taken during the trial, this court will not revise the determination of the trial justice upon conflicting affidavits and the negative evidence of the stenographer's minutes.

Order affirmed, with costs. All concur.